UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| JAMES O. HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 4:19-CV-012-PLR-SKL |
| v. | ) |
| | ) |
| BEDFORD COUNTY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim under § 1983 and/or as moot and Defendant's motion to compel [Doc. 18] is **DENIED as moot**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

E N T E R:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ JOHN L. MEDEARIS
CLERK OF COURT